# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

136416

TONI HARRIS,
        Plaintiff-Appellee,

v

TAMIKA LYNN DAVIS, SHAMROCK CAB
COMPANY, SHAMROCK CAB COMPANY,
INC., LARRY J. FINAZZO, d/b/a NORTH END
CAB COMPANY and DIANE SQUIRE, a/k/a
DIANE FINAZZO, d/b/a NORTH END CAB
COMPANY,
        Defendants-Appellants.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136416
COA: 276880
Macomb CC: 2006-000770-NF

_____/

      On order of the Court, the application for leave to appeal the April 3, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

                    Clerk

p0721